UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ERIN DAVID,

                Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

CASE NO. C20-05009-MAT

ORDER RE: SOCIAL SECURITY DISABILITY APPEAL

      This matter comes before this Court following an appeal (Dkt. 18) of the Court's order affirming the Social Security Administration's denial of benefits to Plaintiff (Dkt. 16). On December 21, 2021, the United States Court of Appeals for the Ninth Circuit issued a Memorandum (Dkt. 20) reversing and remanding that decision to the Social Security Administration for additional proceedings consistent with the Memorandum.

      On February 14, 2022, the Court of Appeals issued the formal Mandate pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, making it the final judgment of the Court. (Dkt. 21.)

      It is hereby ORDERED that this matter be remanded to the Social Security Administration for further proceedings consistent with the Memorandum of the United States Court of Appeals

ORDER
PAGE - 1

for the Ninth Circuit entered December 21, 2021 (Dkt. 20).

DATED this 15th day of February, 2022.

MARY ALICE THEILER
United States Magistrate Judge

ORDER
PAGE - 2